No. 96–6550. AKINS v. RICHARDSON, COMMISSIONER OF INTERAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 96–6558. ORLANDO RIVAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6562. COLON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6564. OWENS v. PRESBYTERIAN HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 96–6576. ALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6583. HAYNES v. TOWN OF SUMMERVILLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6584. WEEKS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 96–6592. WEXLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–6594. VOSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6596. DICK v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–6598. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6603. BROWN v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6606. FUJINAKA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6618. ARNOLD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6625. COMER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.